UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SIMONE WARREN,

                        Plaintiff,

-against-

MIGUEL CUZCO, et al.,

                        Defendants.
------------------------------------------------------------X

22 Civ. 9541 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated November 16, 2022, required the parties to file a proposed case management plan and joint letter by January 4, 2023, at 12:00 P.M.;

WHEREAS, the initial pretrial conference is currently scheduled for January 11, 2023, at 4:20 P.M.;

WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

**ORDERED** the parties shall file a joint letter and proposed case management plan as soon as possible and no later than **January 9, 2023, at 12:00 P.M.**

Dated: January 5, 2023
       New York, New York

                                                        LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE