UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
                                                :
SIMONE WARREN,                                  :
                              Plaintiff,        :
                                                :          22 Civ. 9541 (LGS)
              -against-                          :
                                                :          ORDER
MIGUEL CUZCO, et al.,                           :
                              Defendants.        :
                                                :
-----------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order dated January 10, 2023, required the parties to file a status letter

on March 13, 2023, as outlined in Individual Rule IV.A.2;

      WHEREAS, the parties failed to submit the letter.  It is hereby

      **ORDERED** that, by **March 17, 2023**, the parties shall file the status letter.

Dated: March 14, 2023
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**