UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                  :
SIMONE WARREN,                                    :
                              Plaintiff,          :
                                                  :          22 Civ. 9541 (LGS)
                 -against-                         :
                                                  :          ORDER
MIGUEL CUZCO, et al.,                             :
                              Defendants. :
                                                  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, on May 23, 2023, the parties appeared for a telephonic conference to resolve

outstanding discovery disputes.  It is hereby

        **ORDERED** that the fact discovery deadline in this matter is adjourned to **July 31, 2023**.

The expert discovery deadline, also July 31, 2023, remains unchanged.  An amended case

management plan will issue separately.  If is further

        **ORDERED** that by **June 2, 2023**, Plaintiff's counsel shall confer with Plaintiff and make

a good-faith effort to locate or ascertain the availability or not of (1) information regarding the

identity of plaintiff's counsel in connection with the lawsuit in which she previously provided

testimony; (2) social media messages or posts by Plaintiff after the accident relating to her

teaching any fitness class; (3) photos, videos, or social media posts of Plaintiff's fitness class

from after the accident; (4) Plaintiff's Instagram posts during the period from the accident until

her surgery that depict Plaintiff engaged in vigorous physical activity or activities seemingly

inconsistent with the injuries alleged; (5) information regarding where Plaintiff received

treatment with Alicia Shorr (and provide any additional authorizations as necessary) and (6)

information (and provide an authorization) regarding where Plaintiff obtained psychological

treatment in college.  Plaintiff shall provide responsive items and information to Defendant, and

as to any of the above for which no such information can be located, Plaintiff shall file a letter describing efforts to locate this information by **June 2, 2023**.  The letter shall also provide the scheduled dates for the depositions of Plaintiff's experts.  It is further

**ORDERED** that by **June 2, 2023**, Plaintiff shall provide (1) an authorization for Plaintiff's employment file at Bellevue during the 180 days following the accident and (2) documents related to Plaintiff's out-of-pocket expenses for MetroNorth and Uber based on her deposition testimony. It is further

**ORDERED** that by **June 2, 2023,** Plaintiff shall provide Defendant with an interrogatory answer stating the dates after the accident that Plaintiff travelled to and from Atlanta.  .

Dated: May 23, 2023
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**